FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JUN 26 PM 12: 12

CLERK
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JONATHAN VASQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 106-049 |
| | ) | |
| STATE OF GEORGIA; DEPARTMENT OF JUVENILE JUSTICE; ATHENS RYDC; REGINALD A. SMITH; JOE NELSON; FNU FICKLEN, Major; and FNU HINSLEY, Judge; | ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, and Plaintiff's motion to proceed *in forma pauperis* (doc. no. 2) is **DENIED** as **MOOT**.

SO ORDERED this 26th day of June, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE